NUMBER 13-01-602-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


THE CITY OF HARLINGEN , Appellant,

v.


GUADALUPE YBARRA GONZALEZ, ET AL. , Appellees.

___________________________________________________________________


On appeal from the 138th District Court 

of Cameron County, Texas.

___________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Dorsey and Hinojosa

Opinion Per Curiam


Appellant, THE CITY OF HARLINGEN , perfected an appeal from a judgment entered by the 138th District Court of
Cameron County, Texas, in cause number 2000-05-2212-B . After the record was filed, the parties filed an agreed motion
to reverse and remand without reference to the merits. In the motion, the parties state that they have reached a compromise
settlement agreement in this matter.

The Court, having examined and fully considered the documents on file and the parties' agreed motion, is of the opinion
that the motion should be granted. The agreed motion is granted, and the judgment of the trial court is hereby REVERSED
and the cause is REMANDED to the trial court in accordance with the parties' settlement agreement. 

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st day of January, 2002 .